IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TYRONE PATRICK JAEGER,            )
                                  )       2:05-cv-00911-GEB-KJM
                   Plaintiff,     )
                                  )       ORDER TO SHOW CAUSE
          v.                      )       RE DISMISSAL
                                  )
DESERT PALACE, INC. dba CAESARS   )
TAHOE, a Nevada corporation;      )
CAESARS ENTERTAINMENT, INC., a    )
Delaware corporation,             )
                                  )
                   Defendants.    )
_____)
```

By Order filed June 30, 2005, Plaintiff was Ordered to Show Cause ("OSC") why sanctions should not be imposed for his failure to file a joint status report and the Status Conference was continued to September 19, 2005.  Plaintiff was required to file a response to the OSC no later than September 6, 2005, and was also ordered to file a joint status report no later than September 6.  To date, neither a response to the OSC or a status report has been filed.

Plaintiff is ORDERED TO SHOW CAUSE, by filing a written statement, not later than 12:00 noon on September 12, 2005, why the Court should not dismiss this case for failure to prosecute.  Failure

1

1   to comply with this Order shall be deemed a consent to dismissal and

2   this action will be dismissed.  Cf. Brydges v. Lewis, 18 F.3d 651,

3   652-53 (9th Cir. 1994).

4

5            IT IS SO ORDERED.

6   DATED:   September 7, 2005

7                                        /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
8                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28